

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2018

No. 04-18-00414-CR

John Bryan **FINCH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 16-07-0222-CRA
Honorable Stella Saxon, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

The reporter's record was originally due on August 6, 2018. On August 9, 2018, the clerk of this court notified the court reporter, Staci Slayden, that she is the court reporter responsible for timely filing the reporter's record in this appeal and that the reporter's record was late. The clerk explained that if the reporter's record had not been filed because (1) the appellant had failed to pay or make arrangements to pay the reporter's fee and (2) the appellant was not entitled to appeal without paying the fee, Slayden must file a notification of late record stating such fact on or before August 20, 2018. Otherwise, the clerk informed Slayden that she must file the reporter's record on or before September 10, 2018. Slayden did not respond to the clerk's letter.

On September 26, 2018, we ordered Slayden to file the reporter's record no later than October 26, 2018. We explained that if Slayden did not file the reporter's record by such date, an order may be issued directing Staci Slayden to appear and show cause why she should not be held in contempt for failing to file the record. Slayden did not timely respond. Thus, the Clerk of this Court called Slayden to request the status of the record. Slayden did not return the Clerk's calls, but instead has filed a notification of late reporter's record. In her notification, Slayden

states that she has numerous outstanding records and has had "multiple equipment malfunctions." Slayden claims that the reporter's record will be filed by December 14, 2018.

While we understand that there are competing demands on a court reporter's time, these demands cannot justify such a lengthy delay and potential prejudice to appellant's rights. If Staci Slayden is unable to perform all her duties and complete a record in a timely manner, she must take whatever steps are necessary, **including requesting a substitute reporter or hiring competent assistance, to file the record by the date ordered.**

**We ORDER Staci Slayden to file the reporter's record in Appeal No. 04-18-00414-CR on or before December 14, 2018. NO EXTENSIONS WILL BE GRANTED. If Staci Slayden fails to file the reporter's record in Appeal No. 04-18-00414-CR as ordered, Staci Slayden will be ordered to appear and show cause why she should not be held in civil or criminal contempt or otherwise sanctioned.**

We ORDER the Clerk of this Court to serve a copy of this order on Staci Slayden by email, first-class United States mail, and certified mail, return receipt requested. We further ORDER the Clerk of this Court to send a copy of this order to the Honorable Stella Saxon, by first class United States mail. *See* TEX. R. APP. P. 35.3(c) ("The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.").

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2018.

_____
Keith E. Hottle
Clerk of Court